JOSEPH C. FAUCHER (SBN 137353)
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1400
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Joe.faucher@dbr.com

JS-6

Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH PHAN, DDS,<br><br>  Plaintiff,<br><br>  v.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. CV13-1318 GAF (ANx)<br><br>*Assigned to Hon. Gary A. Feess*<br><br> **(1) ORDER VACATING ORDER RE: MOTION TO DISMISS (Dkt. #14) AND ORDER RE: MOTION FOR RECONSIDERATION (Dkt. #25), AND;**<br><br>**(2) ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE** |

On February 19, 2013, this Court issued its Order re Motion to Vacate (Dkt. #33). Pursuant to that Order, the Court indicated its willingness to grant the parties' joint motion to vacate this Court's April 30, 2013 Order re: Motion to Dismiss (Dkt. #14) and Order re: Motion for Reconsideration (Dkt. #25), on the condition that the Court receive a proposed Order dismissing the lawsuit.

/ / /

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 30371626.1

ORDER VACATING ORDER DENYING MOTIONS TO
DISMISS AND FOR RECONSIDERATION, AND
ORDER DISMISSING CASE

1  By this Order, the Court hereby VACATES the April 30, 2013 Order re: Motion to Dismiss (Dkt. #14) and Order re: Motion for Reconsideration (Dkt. #25).

Furthermore, the Court hereby Orders that this case shall be and hereby is dismissed in its entirety and with prejudice, with both parties to bear their own attorneys fees and costs.

April 1, 2014  _____

GARY ALLEN FEESS
Senior District Judge

**JS-6**